**FILED**
JAN 29 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Christian A. Torres-Garciduenas<br><br>Defendant. | Criminal Case No. 08CR2968 JM<br>Magistrate Case No. 08MJ2615 MCC<br><br>**(Amended)**<br><br>**ORDER TO EXONERATE BOND** |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, **FILIBERTA RAMOS-DIAZ** be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Encarnacion Armenta

2498 So. Elm, Apt. #N

Fresno, CA 93706

Date: 1/29/09

William McCurine, Jr.
United States Magistrate Judge

Order to Exonerate Bond

1